UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                                      Bankr. Case No. 20-60835-RK

MELISSA L MUSGROVE                                      Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                      Americredit Financial Services, Inc. dba GM Financial
                      PO Box 183853
                      Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:  Bankr. Case No. 20-60835-RK

MELISSA L MUSGROVE  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 14, 2020 :

Jennifer Elizabeth Donahue
401 W. Tuscarawas Street
Suite 400
Canton, OH 44702

Lisa M. Barbacci
PO Box 1299
Medina, OH 44258-1299

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx46632 / 1021610